# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LEE, JASON K § Case No. 11-83581-TML
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 12, 2011. The undersigned trustee was appointed on July 17, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         12,606.23

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4,220.61 |
| Bank service fees | 44.65 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 8,340.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 01/03/2012 and the deadline for filing governmental claims was 01/03/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,010.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,010.62, for a total compensation of $2,010.62.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/02/2015      By: /s/STEPHEN G. BALSLEY
                        Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 11-83581-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** LEE, JASON K  **Filed (f) or Converted (c):** 08/12/11 (f)
 **§341(a) Meeting Date:** 09/22/11
**Period Ending:** 07/02/15  **Claims Bar Date:** 01/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot 10, Blk 6 Lakelake Park Unit 1 vacant | 20,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash | 500.00 | 0.00 | | 0.00 | FA |
| 3 | clothes | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Stock OMEX 20 shares and unincorporated business | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 2000 Chevy Caryall Van | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 7 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 9 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Account Receivables - Snow Plowing Business  (u) | Unknown | 25,000.00 | | 12,606.23 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$22,400.00** | **$25,000.00** | | **$12,606.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2013        **Current Projected Date Of Final Report (TFR):**    June 30, 2015  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-83581-TML  
**Case Name:** LEE, JASON K  

**Taxpayer ID #:** **-***6405  
**Period Ending:** 07/02/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/15 | {10} | Joseph D. Olsen | Payment of Claim #1 in Lenart Bankruptcy 13-80010 | 1221-000 | 12,606.23 | | 12,606.23 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.08 | 12,594.15 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.11 | 12,576.04 |
| 05/07/15 | 101 | Sneckenberg, Thompson & Brody, LLP | Payment of legal fees to Special Counsel pursuant to Order entered May 6, 2015 | 3210-600 | | 4,202.07 | 8,373.97 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.46 | 8,359.51 |
| 06/09/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #11-83581 | 2300-000 | | 18.54 | 8,340.97 |
| | | | **ACCOUNT TOTALS** | | 12,606.23 | 4,265.26 | **$8,340.97** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,606.23 | 4,265.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,606.23** | **$4,265.26** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7666** | 12,606.23 | 4,265.26 | 8,340.97 |
| | $12,606.23 | $4,265.26 | $8,340.97 |

# Exhibit C

## Case: 11-83581-TML   LEE, JASON K

Claims Bar Date: 01/03/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | U.S. BANKRUPTCY COURT<br>327 SOUTH CHURCH STREET<br><br>ROCKFORD, IL 61101<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>08/12/11 | Motion to Reopen Case (Fee Deferred) filed on 6/27/14. | $260.00<br>$260.00 | $0.00 | $260.00 |
|  | U.S. BANKRUPTCY COURT<br>327 SOUTH CHURCH STREET<br><br>ROCKFORD, IL 61101<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>08/12/11 | Adversary Complaint (Fee Deferred) filed on 7/2/12. | $293.00<br>$293.00 | $0.00 | $293.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>08/12/11 | Voluntary reduction of attorney fees by approximately 40% in order to increase distribution to creditors. | $4,617.50<br>$2,730.00 | $0.00 | $2,730.00 |
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>08/12/11 |  | $2,010.62<br>$2,010.62 | $0.00 | $2,010.62 |
| 1 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Attn: Bankruptcy Dept.<br>Oakbrook Terrace, IL 60181<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/16/11 | 3 Lincoln Centre<br>Attn: Bankruptcy Dept.<br>Oakbrook Terrace, IL 60181<br>-----------------------------------------------------------------------------* * * | $590.08<br>$590.08 | $0.00 | $590.08 |
| 2 | R.A. Adams Enterprises, Inc.<br>2600 West Route 120<br><br>McHenry, IL 60051<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/19/11 | 2600 West Route 120<br>McHenry, IL 60051<br>-----------------------------------------------------------------------------* * * | $655.15<br>$655.15 | $0.00 | $655.15 |
| 3 | Chase Bank USA, N.A.<br>PO Box 15145<br><br>Wilmington, DE 19850-5145<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/24/11 | PO Box 15145<br>Wilmington, DE 198505145<br>-----------------------------------------------------------------------------* * * | $8,365.46<br>$8,365.46 | $0.00 | $8,365.46 |

# Exhibit C

## Case: 11-83581-TML    LEE, JASON K

Claims Bar Date: 01/03/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Chase Bank USA, N.A. PO Box 15145  Wilmington, DE 19850-5145 | Unsecured 10/24/11 | PO Box 15145 Wilmington, DE 198505145 ---------------------------------------------------------------------------* * * | $1,413.76 $1,413.76 | $0.00 | $1,413.76 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured 11/21/11 | World Financial Network National Bank PO Box 788 Kirkland, WA 980830788 ---------------------------------------------------------------------------* * * | $1,669.57 $1,669.57 | $0.00 | $1,669.57 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | Quantum3 Group LLC as agent for Genesis Financial Solutions INC PO Box 788 Kirkland, WA 98083-0788 | Unsecured 11/30/11 | Genesis Financial Solutions INC PO Box 788 Kirkland, WA 980830788 ---------------------------------------------------------------------------* * * | $3,702.00 $3,702.00 | $0.00 | $3,702.00 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Home State Bank, NA, an Il Banking Corp c/o Franks, Gerkin & McKenna P.O. Box 5 Marengo, IL 60152 | Unsecured 12/19/11 | An Illinois Banking Corporation c/o Franks, Gerkin & McKenna, P.C.,P.O. Box 5 Marengo, IL 60152 ---------------------------------------------------------------------------* * * | $38,849.54 $38,849.54 | $0.00 | $38,849.54 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | CVF Consumer Acqusition Co its successors and assigns as assignee of NCO Group Inc Resurgent Capital Services,PO Box 10587 Greenville, SC 29603-0587 | Unsecured 12/29/11 | assigns as assignee of NCO Group Inc Resurgent Capital Services,PO Box 10587 Greenville, SC 296030587 ---------------------------------------------------------------------------* * * | $3,516.52 $3,516.52 | $0.00 | $3,516.52 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$64,055.70** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-83581-TML
Case Name: LEE, JASON K
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 8,340.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,340.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,010.62 | 0.00 | 2,010.62 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,730.00 | 0.00 | 2,730.00 |
| Charges, U.S. Bankruptcy Court | 553.00 | 0.00 | 553.00 |

Total to be paid for chapter 7 administration expenses: $ 5,293.62
Remaining balance: $ 3,047.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,047.35

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,047.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,762.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 590.08 | 0.00 | 30.60 |
| 2 | R.A. Adams Enterprises, Inc. | 655.15 | 0.00 | 33.98 |
| 3 | Chase Bank USA, N.A. | 8,365.46 | 0.00 | 433.83 |
| 4 | Chase Bank USA, N.A. | 1,413.76 | 0.00 | 73.32 |
| 5 | Quantum3 Group LLC as agent for | 1,669.57 | 0.00 | 86.58 |
| 6 | Quantum3 Group LLC as agent for | 3,702.00 | 0.00 | 191.98 |
| 7 | Home State Bank, NA, an Il Banking Corp | 38,849.54 | 0.00 | 2,014.70 |
| 8 | CVF Consumer Acqusition Co its successors and | 3,516.52 | 0.00 | 182.36 |

Total to be paid for timely general unsecured claims: $ 3,047.35
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**