# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LEE, JASON K       §    Case No. 11-83581-TML
                          §
                          §
Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that __STEPHEN G. BALSLEY__, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/19/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: 07/24/2015    By:    /s/ STEPHEN G. BALSLEY
                                   Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LEE, JASON K § Case No. 11-83581-TML
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 12,606.23 |
| *and approved disbursements of* | $ 4,265.26 |
| *leaving a balance on hand of* [1] | $ 8,340.97 |
| **Balance on hand:** | $ 8,340.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,340.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,010.62 | 0.00 | 2,010.62 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,730.00 | 0.00 | 2,730.00 |
| Charges, U.S. Bankruptcy Court | 553.00 | 0.00 | 553.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,293.62 |
| Remaining balance: | $ 3,047.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,047.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,047.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,762.08 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 590.08 | 0.00 | 30.60 |
| 2 | R.A. Adams Enterprises, Inc. | 655.15 | 0.00 | 33.98 |
| 3 | Chase Bank USA, N.A. | 8,365.46 | 0.00 | 433.83 |
| 4 | Chase Bank USA, N.A. | 1,413.76 | 0.00 | 73.32 |
| 5 | Quantum3 Group LLC as agent for | 1,669.57 | 0.00 | 86.58 |
| 6 | Quantum3 Group LLC as agent for | 3,702.00 | 0.00 | 191.98 |
| 7 | Home State Bank, NA, an Il Banking Corp | 38,849.54 | 0.00 | 2,014.70 |
| 8 | CVF Consumer Acqusition Co its successors and | 3,516.52 | 0.00 | 182.36 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,047.35 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                           Case No. 11-83581-TML
Jason K Lee                                                      Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith              Page 1 of 2             Date Rcvd: Jul 27, 2015
                             Form ID: pdf006             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2015.
db           +Jason K Lee,    P O Box 398,    McHenry, IL 60051-0398
17665181     +Adams Enterprises Inc.,    2600 W Rt 120,   McHenry, IL 60051-4563
17665182      Alexander Lumber Co,    4001 Country Club Road,   Crystal Lake, IL  60014
18307181      CVF Consumer Acqusition Co its successors and,    assigns as assignee of NCO Group Inc,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
17665184     +Chase,   P O Box 15548,    Wilmington, DE 19886-5548
17962394      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17665185     +Codillis & Assoc,    15w030 North Frontage,   Burr Ridge, IL 60527-6921
17665186     +Comcast,    P O Box 3002,    Southeastern, PA 19398-3002
17665188     +Donna P Touzalin,    370 W Dundee Rd,   Wheeling, IL 60090-2769
17665189     +Dunham & Chemung,    306 Johnson St,   Harvard, IL 60033-2903
17665190      Environmental Technology Roll Off Servic,    6105 Route 31,   Ringwood, IL  60072
17665191     +Fannie Mae National,    14221 Dallas Pkwy Ste 1000 Underwriting,    Dallas, TX 75254-2946
17665192     +Franks Gerkin McKenna PC,    19333 E Grant Hwy  P O Box 5,   Marengo, IL 60152-0005
17665193    #+Franz And Quance,    453 Coventry Lane  Suite 104,   Crystal Lake, IL 60014-7504
17665194     +Fulbright & Associates,    P O Box 1510,   Rockford, IL 61110-0010
17665195     +Hamer Schuh & Cuda,    101 Van Buren St,   Woodstock, IL 60098-3215
17665196     +Home State Bank,    40 Grant Street,   Crystal Lake, IL 60014-4367
18276476     +Home State Bank, N.A.,    An Illinois Banking Corporation,    c/o Franks, Gerkin & McKenna, P.C.,
               P.O. Box 5,   Marengo, IL 60152-0005
17665197     +Home Town Water Co,    2728 Barney Ct,   McHenry, IL 60051-4565
17665198     +Illinos State Tollway Authority,    2700 Ogden Ave,   Downers Grove, IL 60515-1703
17665179     +LEE JASON K,    1631 Oak Drive,   McHenry, IL 60050-0305
17665199     +Law Office Of Kenneth Freed,    14226 Ventura Blvd,   Sherman Oaks, CA 91423-2715
17665200     +Lease Finance Group,    132 W 31 Street 14th Floor,   New York, NY 10001-3406
17665201     +Lookout Point Community Assoc,    P O Box 44,   Wonder Lake, IL 60097-0044
17665205     +MDC Environmental Services,    P O Box 673043,   Milwaukee, WI 53267-0001
17665180      Mark Becker,    60195-2036
17665202     +McCullom Lake,    4811 W Orchard Drive,   McHenry, IL 60050-2446
17665203     +Mchenry Bank & Trust,    2205 N Richmond Rd,   McHenry, IL 60051-5401
17665206     +Michael Cortina,    2460 Lake Shore Drive,   Woodstock, IL 60098-6911
17665207     +National Telerep Marketing Systems,    2313 S Lexington Dr,   Mt Prospect, IL 60056-6701
17665210     +Patten Cat,    635 W Lake Street,   Elmhurst, IL 60126-1465
17665211     +Pekin Insuranace Co,    2505 Court St,   Pekin, IL 61554-5300
17943113     +R.A. Adams Enterprises, Inc.,    2600 West Route 120,   McHenry, IL 60051-4563
17665213     +Silver Mishkin LLC,    400 Skokie Blvd,   Northbrook, IL 60062-7922
17665214     +Silvey Electric,    1738 S Jefferson,   Danville, IL 61833-8227
17665215     +Smith Amundsen,    2460 Lake Shore Drive,   Woodstock, IL 60098-6911
17665217     +Stone Tek,    323 W. Interstate Road,   Addison, IL 60101-4515
17665218     +Torres Credit Services,    27 Fairview,   Carlisle, PA 17015-3200
17665220     +Travelers Insurance,    P O Box 3556,   Orlando, FL 32802-3556
17665221     +Village Of McCullom Lake,    4811 Orchard Dr,   McCullom Lake, IL 60050-2446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17665183     +E-mail/Text: g17768@att.com Jul 28 2015 00:37:23     AT&T,    P O Box 8100,
               Aurora, IL 60507-8100
17801540     +E-mail/Text: legalcollections@comed.com Jul 28 2015 00:39:22     Commonwealth Edison Company,
               3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dept.
17665187     +E-mail/Text: legalcollections@comed.com Jul 28 2015 00:39:22     Commonweath Edison,
               P O Box 6111,   Carol Stream, IL 60197-6111
17665204     +E-mail/Text: pthon@mchenrysavings.com Jul 28 2015 00:37:28     McHenry Savings Bank,
               353  Bank Drive,   McHenry, IL 60050-0506
17665208     +E-mail/Text: egssupportservices@egscorp.com Jul 28 2015 00:38:36     NCO Financial,
               600 Holiday Plaza Drive  Suite 300,    Matteson, IL 60443-2238
17665209     +E-mail/Text: bankrup@aglresources.com Jul 28 2015 00:37:11     Nicor Gas,    P O Box 2020,
               Aurora, IL 60507-2020
17665212     +E-mail/Text: iccgrain@aol.com Jul 28 2015 00:38:50     Peter Grain,
               2200 N Stonington Ave Suite 130,    Hoffman Estates, IL 60169-2059
18111796      E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2015 00:38:02
               Quantum3 Group LLC as agent for,    Genesis Financial Solutions INC,    PO Box 788,
               Kirkland, WA  98083-0788
18077121      E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2015 00:38:02
               Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
               Kirkland, WA  98083-0788
17665216      E-mail/Text: appebnmailbox@sprint.com Jul 28 2015 00:38:08     Sprint,    P O Box 4191,
               Carol Stream, IL  60197
17665219     +E-mail/Text: bankruptcydepartment@tsico.com Jul 28 2015 00:39:43     Transworld Systems,
               P O Box 4903,   Trenton, NJ 08650-4903
17665223     +E-mail/Text: BKRMailOps@weltman.com Jul 28 2015 00:38:30     Weltman, Weinberg & Reis Co,
               965 Keynote Cir,    Brooklyn, OH 44131-1829
17665222     +E-mail/Text: BKRMailOps@weltman.com Jul 28 2015 00:38:29     Weltman, Weinberg & Reis Co,
               180 N LaSalle  Ste 2400,   Chciago, IL 60601-2704
                                                                                              TOTAL: 13
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Jul 27, 2015
                              Form ID: pdf006             Total Noticed: 53
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17665224    ##+Winter Services Inc.,   4131 W Orleans St,   McHenry, IL 60050-3973
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2015 at the address(es) listed below:
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              James P DuChateau    on behalf of Plaintiff Stephen G Balsley duchateauj@jbltd.com
              Mark F. Becker    on behalf of Debtor Jason K Lee beclaw@att.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Spec. Counsel    Sneckenbert, Thompson & Brody LLP
               sbalsley@bslbv.com,  IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
              William J Sneckenberg    on behalf of Plaintiff Stephen G Balsley wjs@stbtrial.com
                                                                                             TOTAL: 8