**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LEE, JASON K                                   § Case No. 11-83581-TML
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $22,400.00                    Assets Exempt: $5,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,047.35      Claims Discharged
                                                Without Payment: $119,733.58

Total Expenses of Administration: $9,558.88

---

   3) Total gross receipts of $   12,606.23   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $12,606.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $182,947.34 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,446.38 | 9,558.88 | 9,558.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 112,760.90 | 58,762.08 | 58,762.08 | 3,047.35 |
| **TOTAL DISBURSEMENTS** | $295,708.24 | $70,208.46 | $68,320.96 | $12,606.23 |

    4) This case was originally filed under Chapter 7 on August 12, 2011. The case was pending for 52 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2015        By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivables - Snow Plowing Business | 1221-000 | 12,606.23 |
| **TOTAL GROSS RECEIPTS** | | **$12,606.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | McCullom Lake | 4110-000 | 2,250.55 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Savings Bank | 4110-000 | 18,806.16 | N/A | N/A | 0.00 |
| NOTFILED | Fannie Mae National | 4110-000 | 161,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lookout Point Community Assoc | 4110-000 | 890.63 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$182,947.34** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,010.62 | 2,010.62 | 2,010.62 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 4,617.50 | 2,730.00 | 2,730.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.08 | 12.08 | 12.08 |
| Rabobank, N.A. | 2600-000 | N/A | 18.11 | 18.11 | 18.11 |
| Sneckenberg, Thompson & Brody, LLP | 3210-600 | N/A | 4,202.07 | 4,202.07 | 4,202.07 |
| Rabobank, N.A. | 2600-000 | N/A | 14.46 | 14.46 | 14.46 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 18.54 | 18.54 | 18.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,446.38 | $9,558.88 | $9,558.88 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | N/A | 590.08 | 590.08 | 30.60 |
| 2 | R.A. Adams Enterprises, Inc. | 7100-000 | 636.83 | 655.15 | 655.15 | 33.98 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 8,919.22 | 8,365.46 | 8,365.46 | 433.83 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 1,686.00 | 1,413.76 | 1,413.76 | 73.32 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,669.57 | 1,669.57 | 86.58 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 3,702.00 | 3,702.00 | 191.98 |
| 7 | Home State Bank, NA, an Il Banking Corp | 7100-000 | 37,500.00 | 38,849.54 | 38,849.54 | 2,014.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CVF Consumer Acqusition Co its successors and | 7100-000 | N/A | 3,516.52 | 3,516.52 | 182.36 |
| NOTFILED | National Telerep Marketing Systems | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Lease Finance Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinos State Tollway Authority | 7100-000 | 215.80 | N/A | N/A | 0.00 |
| NOTFILED | Mchenry Bank & Trust | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 833.07 | N/A | N/A | 0.00 |
| NOTFILED | MDC Environmental Services | 7100-000 | 193.45 | N/A | N/A | 0.00 |
| NOTFILED | Home Town Water Co | 7100-000 | 92.86 | N/A | N/A | 0.00 |
| NOTFILED | Travelers Insurance | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| NOTFILED | Village Of McCullom Lake | 7100-000 | 2,250.55 | N/A | N/A | 0.00 |
| NOTFILED | Stone Tek | 7100-000 | 32,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Silvey Electric | 7100-000 | 1,858.44 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 1,187.71 | N/A | N/A | 0.00 |
| NOTFILED | Patten Cat | 7100-000 | 1,384.36 | N/A | N/A | 0.00 |
| NOTFILED | Pekin Insuranace Co | 7100-000 | 676.69 | N/A | N/A | 0.00 |
| NOTFILED | Winter Services Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 480.75 | N/A | N/A | 0.00 |
| NOTFILED | Hamer Schuh & Cuda | 7100-000 | 2,180.50 | N/A | N/A | 0.00 |
| NOTFILED | Dunham & Chemung | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Environmental Technology Roll Off Servic | 7100-000 | 4,279.56 | N/A | N/A | 0.00 |
| NOTFILED | Commonweath Edison | 7100-000 | 1,662.23 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,457.59 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Lumber Co | 7100-000 | 6,259.97 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 576.32 | N/A | N/A | 0.00 |
| NOTFILED | Franz And Quance | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$112,760.90** | **$58,762.08** | **$58,762.08** | **$3,047.35** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83581-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** LEE, JASON K  **Filed (f) or Converted (c):** 08/12/11 (f)
  **§341(a) Meeting Date:** 09/22/11
**Period Ending:** 12/04/15  **Claims Bar Date:** 01/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot 10, Blk 6 Lakelake Park Unit 1 vacant | 20,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash | 500.00 | 0.00 | | 0.00 | FA |
| 3 | clothes | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Stock OMEX 20 shares and unincorporated business | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 2000 Chevy Caryall Van | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 7 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 9 | VOIDED ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Account Receivables - Snow Plowing Business  (u) | Unknown | 25,000.00 | | 12,606.23 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$22,400.00** | **$25,000.00** | | **$12,606.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013   **Current Projected Date Of Final Report (TFR):**   June 30, 2015  (Actual)

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-83581-TML
**Case Name:** LEE, JASON K

**Taxpayer ID #:** **-***6405
**Period Ending:** 12/04/15

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******7666 - Checking Account
**Blanket Bond:** $8,842,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/15 | {10} | Joseph D. Olsen | Payment of Claim #1 in Lenart Bankruptcy 13-80010 | 1221-000 | 12,606.23 | | 12,606.23 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.08 | 12,594.15 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.11 | 12,576.04 |
| 05/07/15 | 101 | Sneckenberg, Thompson & Brody, LLP | Payment of legal fees to Special Counsel pursuant to Order entered May 6, 2015 | 3210-600 | | 4,202.07 | 8,373.97 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.46 | 8,359.51 |
| 06/09/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #11-83581 | 2300-000 | | 18.54 | 8,340.97 |
| 08/20/15 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,730.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,730.00 | 5,610.97 |
| 08/20/15 | 104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,010.62, Trustee Compensation; Reference: | 2100-000 | | 2,010.62 | 3,600.35 |
| 08/20/15 | 105 | Commonwealth Edison Company | Dividend paid 5.18% on $590.08; Claim# 1; Filed: $590.08; Reference: | 7100-000 | | 30.60 | 3,569.75 |
| 08/20/15 | 106 | R.A. Adams Enterprises, Inc. | Dividend paid 5.18% on $655.15; Claim# 2; Filed: $655.15; Reference: | 7100-000 | | 33.98 | 3,535.77 |
| 08/20/15 | 107 | Quantum3 Group LLC as agent for | Dividend paid 5.18% on $1,669.57; Claim# 5; Filed: $1,669.57; Reference: | 7100-000 | | 86.58 | 3,449.19 |
| 08/20/15 | 108 | Quantum3 Group LLC as agent for | Dividend paid 5.18% on $3,702.00; Claim# 6; Filed: $3,702.00; Reference: | 7100-000 | | 191.98 | 3,257.21 |
| 08/20/15 | 109 | Home State Bank, NA, an Il Banking Corp | Dividend paid 5.18% on $38,849.54; Claim# 7; Filed: $38,849.54; Reference: | 7100-000 | | 2,014.70 | 1,242.51 |
| 08/20/15 | 110 | CVF Consumer Acqusition Co its successors and | Dividend paid 5.18% on $3,516.52; Claim# 8; Filed: $3,516.52; Reference: | 7100-000 | | 182.36 | 1,060.15 |
| 08/20/15 | 111 | Chase Bank USA, N.A. | Combined Check for Claims#3,4 | | | 507.15 | 553.00 |
| | | | Dividend paid 5.18% on $8,365.46; Claim# 3; Filed: $8,365.46 | 7100-000 | 433.83 | | 553.00 |
| | | | Dividend paid 5.18% on $1,413.76; Claim# 4; Filed: $1,413.76 | 7100-000 | 73.32 | | 553.00 |
| 08/20/15 | 112 | U.S. BANKRUPTCY COURT | Combined Check for Claims#et_al. | | | 553.00 | 0.00 |
| | | | Dividend paid 100.00% on $260.00; Claim# ; Filed: $260.00 | 2700-000 | 260.00 | | 0.00 |
| | | | Dividend paid 100.00% on $293.00; Claim# ; | 2700-000 | 293.00 | | 0.00 |

Subtotals :  $12,606.23   $12,606.23

{} Asset reference(s)

Printed: 12/04/2015 08:47 PM   V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-83581-TML  
**Case Name:** LEE, JASON K  

**Taxpayer ID #:** \*\*-\*\*\*6405  
**Period Ending:** 12/04/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*7666 - Checking Account  
**Blanket Bond:** $8,842,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $293.00 | | | | |
| | | | ACCOUNT TOTALS | | 12,606.23 | 12,606.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,606.23 | 12,606.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,606.23** | **$12,606.23** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*7666** | 12,606.23 | 12,606.23 | 0.00 |
| | $12,606.23 | $12,606.23 | $0.00 |

{} Asset reference(s)

Printed: 12/04/2015 08:47 PM    V.13.25